Heedong Chae (SBN: 263237)
Email: hdchae@ewpat.com
Chong Roh (SBN: 242437)
Email: croh@ewpat.com
**East West Law Group PC**
3600 Wilshire Blvd., STE. 2228
Los Angeles, CA 90010
Phone: 213-387-3630
Fax: 213-387-3636

*Attorneys for Plaintiffs,*
*Goto Denshi Co., Ltd. and Goto California, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTO DENSHI CO., LTD., a Japanese corporation; and GOTO CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI CABLE INDUSTRIES, LTD., a Japanese corporation; MITSUBISHI CABLE AMERICA, INC., a California corporation; DOES 1 though 10, inclusive,<br><br>Defendants. | CASE No.:<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Goto Denshi Co., Ltd. ("Goto") and Goto California, Inc. ("Goto California") (hereinafter collectively "Plaintiffs"), for their Complaint for Patent Infringement against Defendants Mitsubishi Cable Industries, Ltd. and Mitsubishi Cable America, Inc. ("Defendants"), alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), 1391(d), and 1400(b).

**PARTIES**

5. Plaintiff, Goto Denshi Co., Ltd. ("Goto"), is a corporation organized and existing under the laws of Japan, with its principal place of business at 734-1, Aza Daishita, Shibahashi, Sagae-Shi, Yamagata, Japan 991-0063.

6. Plaintiff, Goto California, Inc. ("Goto California"), is a corporation organized and existing under the laws of state of California, with its principal place of business at 6120 Business Center Court, Suite F200, San Diego, CA 92154, the U.S.A.

7. Plaintiffs are informed and believe, and thereon allege, that defendant, Mitsubishi Cable Industries, Ltd. ("Mitsubishi Japan") is a corporation organized and existing under the laws of Japan, with its principal place of business at Shin-Kokusai Building.,4-1 Marunouchi 3-Chome,Chiyoda-Ku, Tokyo 100-8303, Japan.

8. Plaintiffs are informed and believe, and thereon allege, that defendant Mitsubishi Cable America, Inc. ("Mitsubishi America") is a California corporation, with principal place of business at 2975 Bowers Ave., Suite 223, Santa Clara, CA 95051.

9. Plaintiffs are unaware of the true names and capacities, whether individual, corporate, or otherwise, of the Defendants named herein as Does 1

through 10, inclusive, but are informed and believe, and thereon allege, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein. Plaintiffs therefore sue these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been discovered.

## INFRINGEMENT OF U.S. PATENT NO. 7,238,888

10. Goto is the owner of all right, title, and interest in the U.S. Patent No. 7,238,888 (the "'888 Patent"), entitled "Wire For Coil", duly and properly issued by the U.S. Patent and Trademark Office on July 3, 2007. Goto California is a licensee of the '888 Patent having an exclusive license thereof. A copy of the '888 patent is attached as Exhibit A.

11. Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributorily infringing one or more claims of the '888 patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products that are covered by the claims of the '888 patent, including, by way of example and not limitation, the MEXCEL square wire products. See Exhibit B.

12. Defendants have profited through infringement of the '888 Patent. As a result of Defendants' unlawful infringement of the '888 Patent, Goto has suffered and will continue to suffer damage. Goto is entitled to recover from Defendants the damages suffered by Goto as a result of Defendants' unlawful acts.

13. Defendants' infringement is, on information and belief, willful, making this an exceptional case, entitling Goto to enhanced damages and reasonable attorney fees and costs.

14. On information and belief, Defendants intend to continue their unlawful infringing activity, and Goto continues to and will continue to suffer irreparable harm — for which there is no adequate remedy at law — from such unlawful infringing activity unless Defendants are enjoined by this Court.

# **PRAYER FOR RELIEF**

WHEREFORE, in consideration of the foregoing, Goto prays for relief as follows:

1. For a judgment declaring that Defendants have infringed one or more claims of the '888 Patent of Goto;

2. For a judgment awarding Goto compensatory damages as a result of Defendants' infringement of the '888 Patent, together with interest and costs, and in no event less than a reasonable royalty;

3. For a judgment declaring that Defendants' infringement of the '888 Patent has been willful and deliberate;

4. For a judgment awarding Goto treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of Defendants' willful and deliberate infringement of the '888 Patent;

5. For a judgment declaring that this case is exceptional and awarding Goto its expenses, costs, and attorneys fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

6. For a grant of a permanent injunction pursuant to 35 U.S.C. § 283, enjoining the Defendants from further acts of infringement; and

7. For such other and further relief as the Court deems just and proper.

Dated: December 23, 2014

Respectfully submitted,

East West Law Group

By: /s/ Heedong Chae
HeeDong Chae
Chong Roh
Attorneys for Plaintiffs
Goto Denshi Co., Ltd. and
Goto California, Inc.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: December 23, 2014            East West Law Group


                                    By: /s/ Heedong Chae
                                        HeeDong Chae
                                        Chong Roh
                                        Attorneys for Plaintiff
                                        Goto Denshi Co., Ltd.