# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOTO DENSHI CO., LTD., and GOTO CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITSUBISHI CABLE INDUSTRIES, LTD.; MITSUBISHI CABLE AMERICA, INC.; DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-09815-JAK (PLAx) <br><br> **FINAL JUDGMENT** <br><br> **JS-6** |

The Court hereby enters Final Judgment as follows:

1. Final Judgment is entered in favor of Defendants Mitsubishi Cable Industries, Ltd. ("MCI") and Mitsubishi Cable America, Inc. ("MCA") (collectively "Defendants") and against Plaintiffs Goto Denshi Co., Ltd., ("Goto Denshi") and Goto California, Inc. (collectively "Plaintiffs") on the issue of infringement of U.S. Patent No. 7,238,888 ("the '888 patent") as set forth in the December 23, 2014 Complaint.

2. Final Judgment is entered in favor of Defendants and against Plaintiffs on the issue of invalidity of the '888 Patent as set forth in Count I of MCA's July 27, 2015, Corrected Counterclaim.

3. On June 20, 2018, pursuant to the parties' stipulation, Count II (*i.e.*, Unfair Competition Calif. Bus. & Prof. Code § 17200) of MCA's July 27, 2015, Corrected Counterclaim was dismissed with prejudice, provided, however, the dismissal did not limit MCA's ability to bring unfair competition claims against the Plaintiff(s) conduct arising under a different patent, or patents, which includes any reissues, reexaminations, continuations, or divisionals of the '888 Patent. Each side was ordered to bear its own costs relating to this count.

4. With the exception of the resolution of any motion by Defendants seeking an award of attorneys' fees, post-judgment interest, and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d), this Final Judgment resolves all remaining claims, defenses and counterclaims asserted in this action.

5. The Defendants are the "prevailing party" in this action under Fed. R. Civ. P. 54(d)(1), and are entitled to an award of costs in an amount to be determined by the Clerk. The Defendants may file and serve its Notice of Application and Bill of Costs pursuant to Local Rule 54-3 no later than 14 days after entry of this Final Judgment.

6. No later than 14 days after entry of Final Judgment, Defendants as the "prevailing party" may file a motion for a determination that this is an exceptional

case, as well as a corresponding request for an award of attorney's fees, post-judgment interest, and related nontaxable expenses pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d). The Court retains jurisdiction to consider and resolve such a motion.

Dated: August 21, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE